UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY KEENE,

      Plaintiff,

v.                                 Case No. 3:16cv94/LC/CJK

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

      Defendant.

_____/

<u>ORDER</u>

      This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated April 22, 2016 (doc. 17).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

      After reviewing the Report and Recommendation and the timely filed objections, the Court has determined that the Report and Recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.  The Magistrate Judge's Report and Recommendation (doc. 17) is adopted

and incorporated by reference in this order.

2.  This case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim on which relief may be granted.

3.  The clerk shall terminate all pending motions and close the file.

**DONE AND ORDERED** this 3rd day of May, 2016.


_s/L. A. Collier_

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**